# UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEVADA

FILED
ENTERED
COUNSEL/PARTIE
FEB 10 2020
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:

ANTHONY OLIVER,
*Plaintiff/Petitioner*

v.

HOUSTON ASTROS, L.L.C., et al.,
*Defendant/Respondent*

2:20-cv-00283-APG-VCF

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: GEORGIA LONG COUNTY PRISON
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.   See Attached

2. *If not incarcerated.* If I am employed, my employer's name and address are:


My gross pay or wages are: $ 0.00 , and my take-home pay or wages are: $ 0.00 per

*(specify pay period)*

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☒ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☒ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☒ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☒ No |
| (e) Gifts, or inheritances | ☐ Yes | ☒ No |
| (f) Any other sources | ☐ Yes | ☒ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

NOT APPLY.

4. Amount of money that I have in cash or in a checking or savings account: $ 0.00.

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

2018 JEEP CHEROKEE - REPOSSESSED. PLATE # RLC-7199 (GA)

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

NONE AT THIS TIME

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

NONE AT THIS TIME

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

YES.

JOHN MARSHALL SCHOOL OF LAW - $ 28,000   (law school)

ANDREW MCGREGOR - $ 11,000   (student loan)

STATE BAR OF ILLINOIS  $ 2,090   (misc funds)

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: JANUARY 29, 2020

*Applicant's signature*

ANTHONY OLIVER, PLAINTIFF
*Printed name*

Statement — OLIVER, ANTHONY — Printed By: CRAWFORD, BEVERLEY

GDC ID: 1002060648

| Spendable Amount | Reserved Amount | Receipts On Hold | Funds Balance | Obligations/Court Charges |
|---|---|---|---|---|
| $185.88 | $10.00 | $0.00 | $195.88 | $992.00 |

## RECEIPTS

| Receipt Date | Transaction ID | Receipt Type | Receipt Details | Receipt Amount |
|---|---|---|---|---|
| 01/22/2020 | 20305533 | JPAY DEPOSIT RECEIPT | JPAY - HILLIARD, MARTIN - 111017444 | $300.00 |
| 10/28/2019 | 20016315 | MAIL ROOM RECEIPT | CHATHAM CO - 6355 | $341.63 |

## WITHDRAWALS

| Date | Request Date | Location Paid | Withdrawal Type | Payable To | Detail | Amount | Check No |
|---|---|---|---|---|---|---|---|
| 01/23/2020 | | CENTRAL ACCT-OFFENDER TRUST | WITHDRAWAL FOR PHONE CREDITS | SMITH STATE PRISON | TELEPHONE MINUTES PURCHASE | $10.00 | |
| 01/23/2020 | | CENTRAL ACCT-OFFENDER TRUST | STORE PURCHASE | SMITH STATE PRISON | STORE PURCHASE | $69.41 | |
| 01/23/2020 | | CENTRAL ACCT-OFFENDER TRUST | WITHDRAWAL FOR JPAY KIOSK | JPAY CORPORATION | KIOSK PURCHASE @ LONG UNIT - JPAY JPAY DOLLAR PURCHASE | $25.00 | |
| 01/22/2020 | | CENTRAL ACCT-OFFENDER TRUST | WITHDRAWAL FOR OBLIGATION | SMITH STATE PRISON | RECORD ID = 27994593. NON LEGAL STAMP 01-07-2020, 2 LEGAL STAMPS 01-07-2020 | $1.65 | |
| 01/22/2020 | | CENTRAL ACCT-OFFENDER TRUST | WITHDRAWAL FOR OBLIGATION | SMITH STATE PRISON | RECORD ID = 27991500. INDIGENT POSTAGE 01-02-2020 | $1.10 | |
| 01/22/2020 | | CENTRAL ACCT-OFFENDER TRUST | WITHDRAWAL FOR OBLIGATION | SMITH STATE PRISON | RECORD ID = 27991413. | $0.55 | |
| 01/22/2020 | | CENTRAL ACCT-OFFENDER TRUST | WITHDRAWAL FOR OBLIGATION | SMITH STATE PRISON | RECORD ID = 27994757. LEGAL MAIL 01-14-2020 | $1.65 | |
| 01/22/2020 | | CENTRAL ACCT-OFFENDER TRUST | WITHDRAWAL FOR OBLIGATION | SMITH STATE PRISON | RECORD ID = 27994845. LEGAL MAIL 01-14-2020 | $1.65 | |
| 01/22/2020 | | CENTRAL ACCT-OFFENDER TRUST | WITHDRAWAL FOR OBLIGATION | SMITH STATE PRISON | RECORD ID = 27994852. LEGAL POSTAGE 01-14-2020 | $1.10 | |
| 01/22/2020 | | CENTRAL ACCT-OFFENDER TRUST | WITHDRAWAL FOR OBLIGATION | SMITH STATE PRISON | RECORD ID = 27991495. INDIGENT POSTAGE 01-02-2020 | $1.10 | |
| 01/22/2020 | | CENTRAL ACCT-OFFENDER TRUST | WITHDRAWAL FOR OBLIGATION | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE FOR 01/2020 | $0.91 | |

| Date | Request Date | Location Paid | Withdrawal Type | Payable To | Detail | Amount | Check No |
|---|---|---|---|---|---|---|---|
| 01/01/2020 | | CENTRAL ACCT-OFFENDER TRUST | WITHDRAWAL FOR OBLIGATION | GEORGIA DEPARTMENT OF CORRECTIONS | Monthly Processing Fee 01/2020 | $0.09 | |
| 12/20/2019 | | CENTRAL ACCT-OFFENDER TRUST | STORE PURCHASE | SMITH STATE PRISON | STORE PURCHASE | $4.05 | BOA ACH-2010000130 |
| 12/20/2019 | | CENTRAL ACCT-OFFENDER TRUST | WITHDRAWAL FOR JPAY KIOSK | JPAY CORPORATION | KIOSK PURCHASE @ LONG UNIT - JPAY JPAY DOLLAR PURCHASE | $2.00 | 183376 |
| 12/17/2019 | | CENTRAL ACCT-OFFENDER TRUST | WITHDRAWAL FOR JPAY KIOSK | JPAY CORPORATION | KIOSK PURCHASE @ LEE STATE PRISON - JPAY JPAY DOLLAR PURCHASE | $6.00 | 183305 |
| 12/16/2019 | | CENTRAL ACCT-OFFENDER TRUST | STORE PURCHASE | CALHOUN STATE PRISON | STORE PURCHASE | ($12.14) | BOA ACH-2010000130 |
| 12/12/2019 | | CENTRAL ACCT-OFFENDER TRUST | WITHDRAWAL FOR JPAY KIOSK | JPAY CORPORATION | KIOSK PURCHASE @ CALHOUN STATE PRISON - JPAY JPAY DOLLAR PURCHASE | $3.09 | 183176 |
| 12/11/2019 | | CENTRAL ACCT-OFFENDER TRUST | STORE PURCHASE | CALHOUN STATE PRISON | STORE PURCHASE | $3.40 | BOA ACH-2010000130 |
| 12/11/2019 | | CENTRAL ACCT-OFFENDER TRUST | STORE PURCHASE | CALHOUN STATE PRISON | STORE PURCHASE | ($3.40) | BOA ACH-2010000130 |
| 12/10/2019 | | CENTRAL ACCT-OFFENDER TRUST | STORE PURCHASE | CALHOUN STATE PRISON | STORE PURCHASE | $12.14 | BOA ACH-2010000130 |
| 12/04/2019 | | CENTRAL ACCT-OFFENDER TRUST | WITHDRAWAL FOR PHONE CREDITS | CALHOUN STATE PRISON | TELEPHONE MINUTES PURCHASE | $15.00 | JPAY-2020000108 |
| 12/04/2019 | | CENTRAL ACCT-OFFENDER TRUST | STORE PURCHASE | CALHOUN STATE PRISON | STORE PURCHASE | $18.99 | BOA ACH-2010000130 |
| 12/01/2019 | | CENTRAL ACCT-OFFENDER TRUST | WITHDRAWAL FOR OBLIGATION | GEORGIA DEPARTMENT OF CORRECTIONS | Monthly Processing Fee 12/2019 | $1.00 | 183524 |
| 11/25/2019 | | CENTRAL ACCT-OFFENDER TRUST | WITHDRAWAL FOR PHONE CREDITS | CALHOUN STATE PRISON | TELEPHONE MINUTES PURCHASE | $10.00 | JPAY-2020000107 |
| 11/25/2019 | | CENTRAL ACCT-OFFENDER TRUST | STORE PURCHASE | CALHOUN STATE PRISON | STORE PURCHASE | $18.74 | BOA ACH-2010000129 |
| 11/20/2019 | | CENTRAL ACCT-OFFENDER TRUST | STORE PURCHASE | GA DIAG CLASS PRISON | STORE PURCHASE | $59.28 | BOA ACH-2010000129 |
| 11/14/2019 | | CENTRAL ACCT-OFFENDER TRUST | STORE PURCHASE | GA DIAG CLASS PRISON | STORE PURCHASE | $69.56 | BOA ACH-2010000129 |
| 11/06/2019 | | CENTRAL ACCT-OFFENDER TRUST | WITHDRAWAL FOR PHONE CREDITS | GA DIAG CLASS PRISON | TELEPHONE MINUTES PURCHASE | $15.00 | JPAY-2020000104 |
| 11/06/2019 | | CENTRAL ACCT-OFFENDER TRUST | STORE PURCHASE | GA DIAG CLASS PRISON | STORE PURCHASE | $63.66 | BOA ACH-2010000129 |
| 11/01/2019 | | CENTRAL ACCT-OFFENDER TRUST | WITHDRAWAL FOR OBLIGATION | GEORGIA DEPARTMENT OF CORRECTIONS | Monthly Processing Fee 11/2019 | $1.00 | 182645 |
| 10/30/2019 | | CENTRAL ACCT-OFFENDER TRUST | STORE PURCHASE | GA DIAG CLASS PRISON | STORE PURCHASE | $11.00 | BOA ACH-2010000128 |
| 10/30/2019 | | CENTRAL ACCT-OFFENDER TRUST | STORE PURCHASE | GA DIAG CLASS PRISON | STORE PURCHASE | $33.17 | BOA ACH-2010000128 |

SCRIBE
Case 2:20-cv-00283-APG-VCF   Document 1   Filed 02/10/20   Page 5 of 8
Page: 3
Account Statement
OLIVER, ANTHONY
Printed By: CRAWFORD, BEVERLEY
GDC ID: 1002060648

## OBLIGATIONS

Paid Status: P = Partially paid; Y = Paid in full; R = Reversed; W = Written off

| Date | Location Incurred | Obligation Type | Payable To | Obligation Detail | Amount | Paid |
|---|---|---|---|---|---|---|
| 01/16/2020 | CENTRAL ACCT-OFFENDER TRUST | INDIGENT LOAN | SMITH STATE PRISON | RECORD ID = 27994852. LEGAL POSTAGE 01-14-2020 | $1.10 | Y |
| 01/16/2020 | CENTRAL ACCT-OFFENDER TRUST | INDIGENT LOAN | SMITH STATE PRISON | RECORD ID = 27994845. LEGAL MAIL 01-14-2020 | $1.65 | Y |
| 01/16/2020 | CENTRAL ACCT-OFFENDER TRUST | INDIGENT LOAN | SMITH STATE PRISON | RECORD ID = 27994757. LEGAL MAIL 01-14-2020 | $1.65 | Y |
| 01/16/2020 | CENTRAL ACCT-OFFENDER TRUST | INDIGENT LOAN | SMITH STATE PRISON | RECORD ID = 27994593. NON LEGAL STAMP 01-07-2020, 2 LEGAL STAMPS 01-07-2020 | $1.65 | Y |
| 01/14/2020 | CENTRAL ACCT-OFFENDER TRUST | INDIGENT LOAN | SMITH STATE PRISON | RECORD ID = 27991500. INDIGENT POSTAGE 01-02-2020 | $1.10 | Y |
| 01/14/2020 | CENTRAL ACCT-OFFENDER TRUST | INDIGENT LOAN | SMITH STATE PRISON | RECORD ID = 27991495. INDIGENT POSTAGE 01-02-2020 | $1.10 | Y |
| 01/14/2020 | CENTRAL ACCT-OFFENDER TRUST | INDIGENT LOAN | SMITH STATE PRISON | RECORD ID = 27991413. | $0.55 | Y |
| 01/01/2020 | CENTRAL ACCT-OFFENDER TRUST | MONTHLY PROCESSING FEE | GEORGIA DEPARTMENT OF CORRECTIONS | Monthly Processing Fee for 01/2020 | $1.00 | Y |
| 12/01/2019 | CENTRAL ACCT-OFFENDER TRUST | MONTHLY PROCESSING FEE | GEORGIA DEPARTMENT OF CORRECTIONS | Monthly Processing Fee for 12/2019 | $1.00 | Y |
| 11/01/2019 | CENTRAL ACCT-OFFENDER TRUST | MONTHLY PROCESSING FEE | GEORGIA DEPARTMENT OF CORRECTIONS | Monthly Processing Fee for 11/2019 | $1.00 | Y |

## COURT CHARGES

| Date | Location Incurred | Court Charge Type | Payable To | Court Charge Detail | Original Amount | Outstanding Balance |
|---|---|---|---|---|---|---|
| 12/01/2019 | | DOCKET#: SCS285943 - GA CRIME VICTIMS EMERGENCY FUND | CRIMINAL JUSTICE COORDINATING COUNCIL | GA CRIME VICTIM'S EMERGENCY FUND FOR 12/19 | $9.00 | $9.00 |
| 12/01/2019 | | DOCKET#: SCS285943 - PROBATION FEE | GEORGIA DEPARTMENT OF CORRECTIONS | PROBATION FEE FOR 12/19 | $23.00 | $23.00 |
| 12/01/2018 | | DOCKET#: SCS285943 - GA CRIME VICTIMS EMERGENCY FUND | CRIMINAL JUSTICE COORDINATING COUNCIL | GA CRIME VICTIM'S EMERGENCY FUND FOR 12/18 | $9.00 | $9.00 |
| 12/01/2018 | | DOCKET#: SCS285943 - PROBATION FEE | GEORGIA DEPARTMENT OF CORRECTIONS | PROBATION FEE FOR 12/18 | $23.00 | $23.00 |
| 12/01/2017 | | DOCKET#: SCS285943 - GA CRIME VICTIMS EMERGENCY FUND | CRIMINAL JUSTICE COORDINATING COUNCIL | GA CRIME VICTIM'S EMERGENCY FUND FOR 12/17 | $9.00 | $9.00 |
| 12/01/2017 | | DOCKET#: SCS285943 - PROBATION FEE | GEORGIA DEPARTMENT OF CORRECTIONS | PROBATION FEE FOR 12/17 | $23.00 | $23.00 |
| 11/01/2019 | | DOCKET#: SCS285943 - GA CRIME VICTIMS EMERGENCY FUND | CRIMINAL JUSTICE COORDINATING COUNCIL | GA CRIME VICTIM'S EMERGENCY FUND FOR 11/19 | $9.00 | $9.00 |
| 11/01/2019 | | DOCKET#: SCS285943 - PROBATION FEE | GEORGIA DEPARTMENT OF CORRECTIONS | PROBATION FEE FOR 11/19 | $23.00 | $23.00 |

| Date | Location Incurred | Court Charge Type | Payable To | Court Charge Detail | Original Amount | Outstanding Balance |
|---|---|---|---|---|---|---|
| 11/01/2018 | | DOCKET#: SCS285943 - GA CRIME VICTIMS EMERGENCY FUND | CRIMINAL JUSTICE COORDINATING COUNCIL | GA CRIME VICTIM'S EMERGENCY FUND FOR 11/18 | $9.00 | $9.00 |
| 11/01/2018 | | DOCKET#: SCS285943 - PROBATION FEE | GEORGIA DEPARTMENT OF CORRECTIONS | PROBATION FEE FOR 11/18 | $23.00 | $23.00 |
| 11/01/2017 | | DOCKET#: SCS285943 - GA CRIME VICTIMS EMERGENCY FUND | CRIMINAL JUSTICE COORDINATING COUNCIL | GA CRIME VICTIM'S EMERGENCY FUND FOR 11/17 | $9.00 | $9.00 |
| 11/01/2017 | | DOCKET#: SCS285943 - PROBATION FEE | GEORGIA DEPARTMENT OF CORRECTIONS | PROBATION FEE FOR 11/17 | $23.00 | $23.00 |
| 10/02/2017 | | DOCKET#: SCS285943 - GA CRIME VICTIMS EMERGENCY FUND | CRIMINAL JUSTICE COORDINATING COUNCIL | GA CRIME VICTIM'S EMERGENCY FUND FOR 10/17 | $9.00 | $9.00 |
| 10/02/2017 | | DOCKET#: SCS285943 - PROBATION FEE | GEORGIA DEPARTMENT OF CORRECTIONS | PROBATION FEE FOR 10/17 | $23.00 | $23.00 |
| 10/01/2019 | | DOCKET#: SCS285943 - GA CRIME VICTIMS EMERGENCY FUND | CRIMINAL JUSTICE COORDINATING COUNCIL | GA CRIME VICTIM'S EMERGENCY FUND FOR 10/19 | $9.00 | $9.00 |
| 10/01/2019 | | DOCKET#: SCS285943 - PROBATION FEE | GEORGIA DEPARTMENT OF CORRECTIONS | PROBATION FEE FOR 10/19 | $23.00 | $23.00 |
| 10/01/2018 | | DOCKET#: SCS285943 - GA CRIME VICTIMS EMERGENCY FUND | CRIMINAL JUSTICE COORDINATING COUNCIL | GA CRIME VICTIM'S EMERGENCY FUND FOR 10/18 | $9.00 | $9.00 |
| 10/01/2018 | | DOCKET#: SCS285943 - PROBATION FEE | GEORGIA DEPARTMENT OF CORRECTIONS | PROBATION FEE FOR 10/18 | $23.00 | $23.00 |
| 09/07/2017 | | DOCKET#: SCS285943 - GA CRIME VICTIMS EMERGENCY FUND | CRIMINAL JUSTICE COORDINATING COUNCIL | GA CRIME VICTIM'S EMERGENCY FUND FOR 09/17 | $9.00 | $9.00 |
| 09/07/2017 | | DOCKET#: SCS285943 - PROBATION FEE | GEORGIA DEPARTMENT OF CORRECTIONS | PROBATION FEE FOR 09/17 | $23.00 | $23.00 |
| 09/01/2019 | | DOCKET#: SCS285943 - GA CRIME VICTIMS EMERGENCY FUND | CRIMINAL JUSTICE COORDINATING COUNCIL | GA CRIME VICTIM'S EMERGENCY FUND FOR 09/19 | $9.00 | $9.00 |
| 09/01/2019 | | DOCKET#: SCS285943 - PROBATION FEE | GEORGIA DEPARTMENT OF CORRECTIONS | PROBATION FEE FOR 09/19 | $23.00 | $23.00 |
| 09/01/2018 | | DOCKET#: SCS285943 - GA CRIME VICTIMS EMERGENCY FUND | CRIMINAL JUSTICE COORDINATING COUNCIL | GA CRIME VICTIM'S EMERGENCY FUND FOR 09/18 | $9.00 | $9.00 |
| 09/01/2018 | | DOCKET#: SCS285943 - PROBATION FEE | GEORGIA DEPARTMENT OF CORRECTIONS | PROBATION FEE FOR 09/18 | $23.00 | $23.00 |
| 08/01/2019 | | DOCKET#: SCS285943 - GA CRIME VICTIMS EMERGENCY FUND | CRIMINAL JUSTICE COORDINATING COUNCIL | GA CRIME VICTIM'S EMERGENCY FUND FOR 08/19 | $9.00 | $9.00 |
| 08/01/2019 | | DOCKET#: SCS285943 - PROBATION FEE | GEORGIA DEPARTMENT OF CORRECTIONS | PROBATION FEE FOR 08/19 | $23.00 | $23.00 |
| 08/01/2018 | | DOCKET#: SCS285943 - GA CRIME VICTIMS EMERGENCY FUND | CRIMINAL JUSTICE COORDINATING COUNCIL | GA CRIME VICTIM'S EMERGENCY FUND FOR 08/18 | $9.00 | $9.00 |
| 08/01/2018 | | DOCKET#: SCS285943 - PROBATION FEE | GEORGIA DEPARTMENT OF CORRECTIONS | PROBATION FEE FOR 08/18 | $23.00 | $23.00 |

| Account Statement | | OLIVER, ANTHONY | | Printed By: CRAWFORD, BEVERLEY | | |
|---|---|---|---|---|---|---|
| | | GDC ID: 1002060648 | | | | |
| Date | Location Incurred | Court Charge Type | Payable To | Court Charge Detail | Original Amount | Outstanding Balance |
| 08/01/2017 | | DOCKET#: SCS285943 - GA CRIME VICTIMS EMERGENCY FUND | CRIMINAL JUSTICE COORDINATING COUNCIL | GA CRIME VICTIM'S EMERGENCY FUND FOR 08/17 | $9.00 | $9.00 |
| 08/01/2017 | | DOCKET#: SCS285943 - PROBATION FEE | GEORGIA DEPARTMENT OF CORRECTIONS | PROBATION FEE FOR 08/17 | $23.00 | $23.00 |
| 07/01/2019 | | DOCKET#: SCS285943 - GA CRIME VICTIMS EMERGENCY FUND | CRIMINAL JUSTICE COORDINATING COUNCIL | GA CRIME VICTIM'S EMERGENCY FUND FOR 07/19 | $9.00 | $9.00 |
| 07/01/2019 | | DOCKET#: SCS285943 - PROBATION FEE | GEORGIA DEPARTMENT OF CORRECTIONS | PROBATION FEE FOR 07/19 | $23.00 | $23.00 |
| 07/01/2018 | | DOCKET#: SCS285943 - GA CRIME VICTIMS EMERGENCY FUND | CRIMINAL JUSTICE COORDINATING COUNCIL | GA CRIME VICTIM'S EMERGENCY FUND FOR 07/18 | $9.00 | $9.00 |
| 07/01/2018 | | DOCKET#: SCS285943 - PROBATION FEE | GEORGIA DEPARTMENT OF CORRECTIONS | PROBATION FEE FOR 07/18 | $23.00 | $23.00 |
| 07/01/2017 | | DOCKET#: SCS285943 - GA CRIME VICTIMS EMERGENCY FUND | CRIMINAL JUSTICE COORDINATING COUNCIL | GA CRIME VICTIM'S EMERGENCY FUND FOR 07/17 | $9.00 | $9.00 |
| 07/01/2017 | | DOCKET#: SCS285943 - PROBATION FEE | GEORGIA DEPARTMENT OF CORRECTIONS | PROBATION FEE FOR 07/17 | $23.00 | $23.00 |
| 06/01/2019 | | DOCKET#: SCS285943 - GA CRIME VICTIMS EMERGENCY FUND | CRIMINAL JUSTICE COORDINATING COUNCIL | GA CRIME VICTIM'S EMERGENCY FUND FOR 06/19 | $9.00 | $9.00 |
| 06/01/2019 | | DOCKET#: SCS285943 - PROBATION FEE | GEORGIA DEPARTMENT OF CORRECTIONS | PROBATION FEE FOR 06/19 | $23.00 | $23.00 |
| 06/01/2018 | | DOCKET#: SCS285943 - GA CRIME VICTIMS EMERGENCY FUND | CRIMINAL JUSTICE COORDINATING COUNCIL | GA CRIME VICTIM'S EMERGENCY FUND FOR 06/18 | $9.00 | $9.00 |
| 06/01/2018 | | DOCKET#: SCS285943 - PROBATION FEE | GEORGIA DEPARTMENT OF CORRECTIONS | PROBATION FEE FOR 06/18 | $23.00 | $23.00 |
| 05/01/2019 | | DOCKET#: SCS285943 - GA CRIME VICTIMS EMERGENCY FUND | CRIMINAL JUSTICE COORDINATING COUNCIL | GA CRIME VICTIM'S EMERGENCY FUND FOR 05/19 | $9.00 | $9.00 |
| 05/01/2019 | | DOCKET#: SCS285943 - PROBATION FEE | GEORGIA DEPARTMENT OF CORRECTIONS | PROBATION FEE FOR 05/19 | $23.00 | $23.00 |
| 05/01/2018 | | DOCKET#: SCS285943 - GA CRIME VICTIMS EMERGENCY FUND | CRIMINAL JUSTICE COORDINATING COUNCIL | GA CRIME VICTIM'S EMERGENCY FUND FOR 05/18 | $9.00 | $9.00 |
| 05/01/2018 | | DOCKET#: SCS285943 - PROBATION FEE | GEORGIA DEPARTMENT OF CORRECTIONS | PROBATION FEE FOR 05/18 | $23.00 | $23.00 |
| 04/01/2019 | | DOCKET#: SCS285943 - GA CRIME VICTIMS EMERGENCY FUND | CRIMINAL JUSTICE COORDINATING COUNCIL | GA CRIME VICTIM'S EMERGENCY FUND FOR 04/19 | $9.00 | $9.00 |
| 04/01/2019 | | DOCKET#: SCS285943 - PROBATION FEE | GEORGIA DEPARTMENT OF CORRECTIONS | PROBATION FEE FOR 04/19 | $23.00 | $23.00 |
| 04/01/2018 | | DOCKET#: SCS285943 - GA CRIME VICTIMS EMERGENCY FUND | CRIMINAL JUSTICE COORDINATING COUNCIL | GA CRIME VICTIM'S EMERGENCY FUND FOR 04/18 | $9.00 | $9.00 |
| 04/01/2018 | | DOCKET#: SCS285943 - PROBATION FEE | GEORGIA DEPARTMENT OF CORRECTIONS | PROBATION FEE FOR 04/18 | $23.00 | $23.00 |

| Date | Location Incurred | Court Charge Type | Payable To | Court Charge Detail | Original Amount | Outstanding Balance |
|---|---|---|---|---|---|---|
| 03/01/2019 | | DOCKET#: SCS285943 - GA CRIME VICTIMS EMERGENCY FUND | CRIMINAL JUSTICE COORDINATING COUNCIL | GA CRIME VICTIM'S EMERGENCY FUND FOR 03/19 | $9.00 | $9.00 |
| 03/01/2019 | | DOCKET#: SCS285943 - PROBATION FEE | GEORGIA DEPARTMENT OF CORRECTIONS | PROBATION FEE FOR 03/19 | $23.00 | $23.00 |
| 03/01/2018 | | DOCKET#: SCS285943 - GA CRIME VICTIMS EMERGENCY FUND | CRIMINAL JUSTICE COORDINATING COUNCIL | GA CRIME VICTIM'S EMERGENCY FUND FOR 03/18 | $9.00 | $9.00 |
| 03/01/2018 | | DOCKET#: SCS285943 - PROBATION FEE | GEORGIA DEPARTMENT OF CORRECTIONS | PROBATION FEE FOR 03/18 | $23.00 | $23.00 |
| 02/01/2019 | | DOCKET#: SCS285943 - GA CRIME VICTIMS EMERGENCY FUND | CRIMINAL JUSTICE COORDINATING COUNCIL | GA CRIME VICTIM'S EMERGENCY FUND FOR 02/19 | $9.00 | $9.00 |
| 02/01/2019 | | DOCKET#: SCS285943 - PROBATION FEE | GEORGIA DEPARTMENT OF CORRECTIONS | PROBATION FEE FOR 02/19 | $23.00 | $23.00 |
| 02/01/2018 | | DOCKET#: SCS285943 - GA CRIME VICTIMS EMERGENCY FUND | CRIMINAL JUSTICE COORDINATING COUNCIL | GA CRIME VICTIM'S EMERGENCY FUND FOR 02/18 | $9.00 | $9.00 |
| 02/01/2018 | | DOCKET#: SCS285943 - PROBATION FEE | GEORGIA DEPARTMENT OF CORRECTIONS | PROBATION FEE FOR 02/18 | $23.00 | $23.00 |
| 01/01/2020 | | DOCKET#: SCS285943 - GA CRIME VICTIMS EMERGENCY FUND | CRIMINAL JUSTICE COORDINATING COUNCIL | GA CRIME VICTIM'S EMERGENCY FUND FOR 01/20 | $9.00 | $9.00 |
| 01/01/2020 | | DOCKET#: SCS285943 - PROBATION FEE | GEORGIA DEPARTMENT OF CORRECTIONS | PROBATION FEE FOR 01/20 | $23.00 | $23.00 |
| 01/01/2019 | | DOCKET#: SCS285943 - GA CRIME VICTIMS EMERGENCY FUND | CRIMINAL JUSTICE COORDINATING COUNCIL | GA CRIME VICTIM'S EMERGENCY FUND FOR 01/19 | $9.00 | $9.00 |
| 01/01/2019 | | DOCKET#: SCS285943 - PROBATION FEE | GEORGIA DEPARTMENT OF CORRECTIONS | PROBATION FEE FOR 01/19 | $23.00 | $23.00 |
| 01/01/2018 | | DOCKET#: SCS285943 - GA CRIME VICTIMS EMERGENCY FUND | CRIMINAL JUSTICE COORDINATING COUNCIL | GA CRIME VICTIM'S EMERGENCY FUND FOR 01/18 | $9.00 | $9.00 |
| 01/01/2018 | | DOCKET#: SCS285943 - PROBATION FEE | GEORGIA DEPARTMENT OF CORRECTIONS | PROBATION FEE FOR 01/18 | $23.00 | $23.00 |

## COURT CHARGE MODIFICATIONS

| Date Modified | Location | Court Charge Type | Payable To | Original Fee Amount | Modification Amount | Modification Reason |
|---|---|---|---|---|---|---|

*Signature: Beverley Crawford   01/23/2020*

*[Notary seal: BEVERLEY DENISE CRAWFORD, NOTARY PUBLIC, WAYNE COUNTY, GA, Comm. Exp. 05/01/2022]*