**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
DISTRICT OF NEVADA
LLOYD D. GEORGE U.S. COURTHOUSE
333 LAS VEGAS BLVD S RM 1334
LAS VEGAS NV  89101
(702) 464-5400

**Case Number:** 2:20-cv-00283-APG-VCF

**Case Title:** Oliver v. Houston Astros L.L.C. et al

Dear Litigant:

　　You are notified that the above case number has been assigned to your action.  You must include the complete case number on all documents sent to the Court for filing in this case.  Failure to do so results in delayed processing of your documents.

　　All matters in this action shall be sent to the following address until further notice:

U.S. District Court Office of the Clerk
333 Las Vegas Boulevard South, Room 1334
Las Vegas, NV  89101

If you are incarcerated at a facility that uses electronic filing, please continue to use electronic filing.

　　The Court will review your complaint before docketing and service of defendants.  The Court will "screen" your complaint to identify any "colorable" claims.  The Court will also dismiss any claims that are "frivolous, malicious, or fail to state a claim upon which relief may be granted" or if the complaint "seeks monetary relief from a defendant who is immune from such relief."  *See* 28 U.S.C. § 1915A(a), (b).  This process may take many months.

　　For timely processing of your pleadings or correspondence, please comply with our Local Rules of Practice for the U.S. District Court District of Nevada, in particular:

- ***In Forma Pauperis* Application**:  If you intend to proceed *in forma pauperis*, you must complete an application to proceed *in forma pauperis* on this Court's approved form and attach both an inmate account statement for the past six months and a properly executed financial certificate.  The Court will not screen your case until you file a fully complete application to proceed *in forma pauperis* on the correct form with complete financial attachments.  (Local Special Rule 1-1, 1-2)

- **Change of Address**: You should immediately file with the Court written notification of any change of address you have.  This change of address includes moving to a new institution or being released on parole.  The written notification must include proof of service upon each opposing party or the party's attorney.  If you fail to follow this rule, the Court may dismiss your case.  (Local Rule IA 3-1)

- **Formatting**: The documents you submit to the Court must be legible, on letter-sized paper (8 ½" x 11" paper), with writing on one (1) side of the page only with margins of at least one (1) inch on all four sides of the paper. Pages should be stapled, when possible, once in the top left corner of the first page. Pages within a document should not be stapled separately. No other adhesive is permitted. Please see the attached Exhibit A for a sample. (Local Rule IA 10-1)

- **Caption**: Every document you submit to the Court must include your name, address, and prisoner identification number in the upper left hand corner of the first page. The caption on the first page must include the title of this Court, the title of the action, the case number assigned to this action (including all initials and letters that follow the number), and the title of your document. If you are pursuing more than one action in this Court, you must submit a separate original document with the appropriate case number for each action in which you want the document filed. Please see attached Exhibit A for a sample. (Local Rule IA 10-2)

- **Copies of Filings**:

    - **E-Filing Institutions**: The Court cannot provide copies or mailing service for parties, even indigent plaintiffs proceeding *in forma pauperis*. If you wish to receive copies of electronically filed documents from the Court, the cost is $0.50 per page. (Local Rule IC 1-1(i)(5))

    - **Mail Institutions**: If you wish to receive a file-stamped copy of any pleading or other paper, you must include one (1) additional copy for that purpose in your mail filing. The Court cannot provide copies or mailing service for parties, even indigent plaintiffs proceeding *in forma pauperis*. If you wish to receive copies of documents or files from the Court, the cost is $0.50 per page. (Local Rule 10-1)

- **Amended Complaints**: If you file a motion to amend your complaint, you must attach the proposed amended complaint to the motion. The proposed amended complaint must be complete in itself and include all claims, defendants, and factual allegations that you wish to pursue in the proposed amended complaint. (Local Rule 15-1)

**Other Provisions**:

- **Request for Case Status**: The Court will notify you as soon as any action is taken in your case. Due to the large number of civil actions pending before the Court, THE CLERK IS UNABLE TO RESPOND IN WRITING TO INDIVIDUAL INQUIRIES REGARDING THE STATUS OF YOUR CASE. As long as you keep the Court apprised of your current address, you will receive all Court decisions which might affect the status of your case.

- **Letters to the Clerk's Office**: The Clerk of the Court is unable to respond to letters requesting status. Requests must be in the form of a motion and not just a letter.

- **Copy Work Limits**: You should use your allotment of copy expenses wisely. You are not entitled to additional copy amounts from the prison or jail without showing a specific

need (i.e., you have used your previous allotment prudently and can specifically identify the additional copies that are required).

- **Repetitive Motions**: Filing multiple motions requesting the same relief is a litigation tactic that strains the resources of the Court and generally delays a decision in the case. The Court may impose sanctions on parties who engage in such litigation tactics.

- **Evidence**: The parties may not file evidence with the Court until the course of litigation brings the evidence into question.

- **Screening Orders**: If you have: (1) submitted a complaint and (2) filed a fully complete *in forma pauperis* application or paid the full filing fee for a civil action, the Court will screen your complaint and issue a separate screening order in the future. The Court may issue a screening order several months after you submit your complaint.

- **Service**: The Court will order service upon defendants when it is time to do so.

- **Docket Sheet**: The Court will keep track of your filings on a docket sheet. A docket sheet is a formal record on which judges or court clerks briefly note all proceedings and filings in a court case. If you wish to receive a copy of the docket sheet in your case from the Court, the cost is $0.50 per page.

This is an advisory letter only. Please do not rely solely on this letter. All litigants are required to follow the Local Rules of Practice for the District of Nevada. A copy of the Local Rules is maintained at each Nevada Department of Corrections Facility.

**If you would prefer to read this letter in Spanish, please request a Spanish version of this letter from the Clerk of Court. Parties are reminded that all papers submitted to the court must be written in English.**

**Si usted prefiere leer esta carta en español, por favor, solicite una versión en español de esta carta a la oficina del secretario del juzgado (Clerk of Court). Se le recuerda a las partes que todos los documentos que presenten en el juzgado deben estar ecritos en inglés.**

DEBRA K. KEMPI, CLERK

By: _____/s/_____
    Deputy Clerk

Name
Inmate #
Address

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Your name,                                              Case # __:___-CV-_____-____(    )

          Plaintiff,

v.                                                      TITLE OF DOCUMENT

Name(s) of Defendants,

          Defendants.
_____/

# EXHIBIT A

Page **4** of **4**
(Nature of Suit:  550 & 555)
Revised:  3/13/18